UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: 05-316-14 (ESH) |
| - v - | |
| ALBA LORENA GIRALDO SANCHEZ et al. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Lawrence M. Herrmann, Esq. as counsel of record for Alba Lorena Giraldo Sanchez in the above captioned case.

Respectfully submitted,

By: _____
Lawrence M. Herrmann
D.C. Bar No. NY0072
37-51 76th Street
Jackson Heights, New York 11372
(718) 779-6630 Office
(718) 565-7278 Fax
larry@lmherrmann.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this 5th day of September 2007.

_____
Lawrence M. Herrmann