CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Number 05-316-14 (ESH) |
| ) | |
| ) | Category  B |
| ) | |
| ALBA LORENA GIRALDO SANCHEZ ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on October 10, 2007 from The Calendar Committee to Judge Ellen S. Huvelle by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk ✓
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk