CO-526
(04/06)

**FILED**

**MAR 2 6 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

vs. _Alba Lorena Giraldo-Sanchez_
**Defendant**

Criminal No. _05-316 (ESH)_
_#14_

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives ~~his~~ _her_ right to trial by jury.

_Alba Giraldo Sanchez_
**Defendant**

_[signature]_
**Counsel for defendant**

I consent:

_[signature] Donnell W. Turner_
**United States Attorney**

Approved:

_[signature]_
**Judge Ellen Segal Huvelle**