UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  )
                             )
V.                          )      Crim. No. 05-316 (ESH)
                             )
PABLO RAYO MONTANO    )
et al.                     )

**FILED**

APR 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the "Government's Renewed Motion Under The Speedy Trial Act
To Exclude Time"and Defendant's ~~Response Thereto~~, lack of response thereto, the Court hereby ORDERS that the

government's motion is GRANTED.

1.     The Court FINDS, pursuant to 18 U.S.C. §3161(h)(1) and (7), that the delay resulting

from consideration by the court of proposed plea agreements to be entered between the

government and the defendants Sara Maritza Rayo, Viviana Buitrago Paz, and others, shall be

excluded in computing the time within which the trial must commence.  The last such plea is

scheduled for April 16, 2008.

2.     The Court FINDS, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C.

§3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's

motion outweigh the best interest of the public and the defendant in a speedy trial.  The

reason for finding that the ends of justice served by the granting of the continuance

outweigh the best interests of the public and the defendant in a speedy trial is based upon

the nature of the case, that is, the case is a complex case of an international drug

conspiracy case involving multiple defendants and a reasonable period of delay is necessary to

allow adequate preparation for pretrial proceedings and the trial itself.  Accordingly, the time

from March 20, 2008 through the commencement of trial, now set for June 16, 2008, shall be

excluded.

DATE: 4/23/08

_Ella S Huck_

JUDGE
UNITED STATES DISTRICT COURT